UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| X CORP.<br><br>    Movant,<br><br>v.<br><br>ERNST & YOUNG, LLP,<br><br>    Respondent. | Case No. _____<br><br>Underlying Case, *United States v. Twitter*, pending in the United States District Court for the Northern District of California:<br><br>No. 22 Civ. 3070 |

## X CORP.'S MOTION TO COMPEL COMPLIANCE WITH SUBPOENA *DUCES TECUM*

In accordance with Rules 26, 37, and 45 of the Federal Rules of Civil Procedure, X Corp. respectfully moves for an order compelling Ernst & Young LLP (EY) to comply with X Corp.'s subpoena *duces tecum* issued in *United States v. Twitter*, No. 22 Civ. 3070 (N.D. Cal.) and served upon EY on August 3, 2023.

This Motion is based upon the accompanying Memorandum of Points and Authorities, the Declaration of Daniel Koffmann ("Koffmann Decl."), and any further evidence and arguments the Court chooses to consider. As required by Local Civil Rule 7(m), counsel for X Corp. certifies that it has made a reasonable effort to meet and confer with counsel for EY regarding the matters set forth in this Motion to resolve the dispute without court intervention. *See* Koffmann Decl., ¶ 23.

DATED: August 25, 2023

                Respectfully submitted,

By  */s/ Christopher G. Michel*
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Christopher G. Michel (DC Bar ID: 1034557)
Casey J. Adams (DC Bar ID: 90012729; *pro hac vice* application forthcoming)
Rachel G. Frank (DC Bar ID: 1659649; application to this court pending)
1300 I Street NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100
christophermichel@quinnemanuel.com
caseyadams@quinnemanuel.com
rachelfrank@quinnemanuel.com

Alex Spiro (*pro hac vice* application forthcoming)
Daniel R. Koffmann (*pro hac vice* application forthcoming)
51 Madison Ave, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
alexspiro@quinnemanuel.com
danielkoffmann@quinnemanuel.com

*Attorneys for X Corp.*