# EXHIBIT 6

# Delaware

Page 1

The First State

 

    I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF OWNERSHIP, WHICH MERGES:

    "TWITTER, INC.", A DELAWARE CORPORATION,

    WITH AND INTO "X CORP." UNDER THE NAME OF "X CORP.", A CORPORATION ORGANIZED AND EXISTING UNDER THE LAWS OF THE STATE OF NEVADA, AS RECEIVED AND FILED IN THIS OFFICE ON THE FIFTEENTH DAY OF MARCH, A.D. 2023, AT 11:30 O`CLOCK A.M.

    AND I DO HEREBY FURTHER CERTIFY THAT THE EFFECTIVE DATE OF THE AFORESAID CERTIFICATE OF OWNERSHIP IS THE FIFTEENTH DAY OF MARCH, A.D. 2023 AT 3 O'CLOCK P.M.



Jeffrey W. Bullock, Secretary of State

4337446  8100M
SR# 20231000032

Authentication: 202920617
Date: 03-15-23

You may verify this certificate online at corp.delaware.gov/authver.shtml

State of Delaware
Secretary of State
Division of Corporations
Delivered 11:30 AM 03/15/2023
FILED 11:30 AM 03/15/2023
SR 20231000032 - File Number 4337446

# CERTIFICATE OF OWNERSHIP AND MERGER

## OF

## TWITTER, INC.

## WITH AND INTO

## X CORP.

---

Pursuant to Section 253 of the General
Corporation Law of the State of Delaware

---

Twitter, Inc., a Delaware corporation ("Twitter"), hereby certifies the following information relating to the merger (the "Merger") of Twitter with and into X Corp., a Nevada corporation ("X Corp."):

1. Twitter owns all of the outstanding shares of stock of X Corp.

2. On March 14, 2023, the Board of Directors of Twitter dully adopted the following resolutions to merge Twitter with and into X Corp., which have not been amended or rescinded and are now in full force and effect:

WHEREAS, the Board has reviewed the terms of the proposed Agreement and Plan of Merger by and between X Corp., a Nevada corporation and direct subsidiary of Twitter ("X Corp."), and Twitter, substantially in the form of the draft provided to the Board and attached hereto as Exhibit A (including all exhibits and schedules thereto, the "Merger Agreement") (capitalized terms used but not defined herein shall have the meanings ascribed to them in the Merger Agreement), pursuant to which, among other things, the parties thereto agree to implement the transactions contemplated therein (the "Transactions"), including the merger of Twitter with and into X Corp., with X Corp. as the surviving corporation (the "Merger"), in each case on the terms and subject to the conditions set forth in the Merger Agreement;

WHEREAS, Twitter is the sole owner of all of the outstanding shares of Common Stock, par value $0.01 per share, of X Corp. and Common Stock is the only class of capital stock of X Corp. issued and outstanding;

WHEREAS, the Merger Agreement provides that at the Effective Time (as defined below) shares of common stock of Twitter issued and outstanding immediately prior to the Effective Time, except as otherwise set forth in the Merger Agreement, shall be converted into the right to receive, without interest, common stock of X Corp. as follows: one share of Common Stock of X Corp., par value $0.01, for each share of Common Stock of Twitter, par value $0.01; and

WHEREAS, the Board has determined that it is advisable and in the best interests of Twitter and its sole stockholder (i) to adopt in all respects the Merger Agreement, and (ii) to consummate each of the Transactions, including the Merger, on substantially the terms and in accordance with the provisions set forth in the Merger Agreement.

NOW, THEREFORE, BE IT RESOLVED, that after consideration of the terms and conditions of the Merger Agreement, the Board: (i) hereby approves the Merger Agreement and the Transactions contemplated thereby, including, without limitation, the Merger and any other documents and agreements contemplated thereby, (ii) hereby directs that the Merger Agreement and the Merger be submitted to the sole stockholder of Twitter for adoption and approval, and (iii) hereby recommends that the sole stockholder of Twitter vote in favor of the adoption of the Merger Agreement and approval of the Merger;

3. The name of the surviving corporation is X Corp.

4. X Corp. agrees that it may be served with process in the State of Delaware in any proceeding for enforcement of any obligation of Twitter, as well as for enforcement of any obligation of X Corp. arising from the merger provided for herein, including any suit or other proceeding to enforce the right of any stockholders as determined in appraisal proceedings pursuant to Section 262 of the General Corporation Law of the State of Delaware and irrevocably appoints the Secretary of State as its agent to accept service of process in any such suit or other proceedings.  The address to which a copy of such process shall be mailed is 1355 Market Street, Suite 900, San Francisco, CA 94103.

5. X Holdings I, Inc., a Delaware corporation and the sole stockholder of Twitter approved the Merger by written consent without a meeting in accordance with Section 228(a) of the General Corporation Law of the State of Delaware on March 14, 2023.

6. This Certificate of Ownership and Merger and the Merger shall become effective at 3:00 pm ET on March 15, 2023.

[*Signature Page Follows*]

IN WITNESS WHEREOF, the Corporation has caused this Certificate of Ownership and Merger to be executed in its corporate name this 15th day of March, 2023.

TWITTER, INC.

By _____
Name: Elon R. Musk
Title: President, Treasurer and Secretary

[*Signature Page to Certificate of Merger – X Corp.*]