# EXHIBIT 15

# Rachel Frank

| | |
|---|---|
| **From:** | VanDruff, Laura Riposo <LVanDruff@KelleyDrye.com> |
| **Sent:** | Thursday, August 3, 2023 1:01 PM |
| **To:** | Daniel Koffmann |
| **Cc:** | Santolli, Brianna J.; Rachel Frank; Alex Spiro |
| **Subject:** | RE: follow up |

**[EXTERNAL EMAIL from lvandruff@kelleydrye.com]**

Good afternoon, Dan.

Kelley Drye does not agree to accept service.

Best,
Laura

**LAURA RIPOSO VANDRUFF**

**Kelley Drye & Warren LLP**
Tel: (202) 342-8435
Cell: (703) 851-5867

**From:** Daniel Koffmann <danielkoffmann@quinnemanuel.com>
**Sent:** Wednesday, August 2, 2023 8:09 PM
**To:** VanDruff, Laura Riposo <LVanDruff@KelleyDrye.com>
**Cc:** Santolli, Brianna J. <BSantolli@KelleyDrye.com>; Rachel Frank <rachelfrank@quinnemanuel.com>; Alex Spiro <alexspiro@quinnemanuel.com>
**Subject:** RE: follow up

**CAUTION: This message originated outside of Kelley Drye and was sent by: danielkoffmann@quinnemanuel.com**

Laura – please see the attached subpoena to your client. Will you accept service?

**From:** VanDruff, Laura Riposo <LVanDruff@KelleyDrye.com>
**Sent:** Tuesday, August 1, 2023 6:37 AM
**To:** Daniel Koffmann <danielkoffmann@quinnemanuel.com>
**Cc:** Santolli, Brianna J. <BSantolli@KelleyDrye.com>
**Subject:** RE: follow up

**[EXTERNAL EMAIL from lvandruff@kelleydrye.com]**

Good morning, Dan.  I am following up on our Friday conversation, which you memorialized in your email below.

EY declines to produce the categories of documents requested by Twitter, namely, (1) all written communications between EY and FTC/FTC staff from May 26, 2022 to present, (2) all documents, communications, or other materials that describe, summarize, memorialize, or otherwise record or attempt to record any oral communications between EY and FTC/FTC staff from May 26, 2022 to present, and (3) other documents or communications relating to written or oral communications with FTC/FTC staff from May 26, 2022 to present.  In our Friday conversation, you explained that Twitter anticipated (3) would include documents from the custodial file of EY Associate General Counsel Rebecca Lubens.

However, EY remains willing to provide Twitter with certain documents contained in its production in response to the FTC's March 2, 2023 Subpoena – specifically, EY's non-privileged communications with the FTC – on the condition that Twitter does not subsequently seek the production of additional EY materials.

Please let me know if you would like to discuss these issues. I am on work travel this week and have limited availability.  But I will do my best to make myself available at your convenience.

Kind regards,
Laura

**LAURA RIPOSO VANDRUFF**

**Kelley Drye & Warren LLP**
Tel: (202) 342-8435
Cell: (703) 851-5867

---

**From:** Daniel Koffmann <danielkoffmann@quinnemanuel.com>
**Sent:** Wednesday, July 26, 2023 5:37 PM
**To:** VanDruff, Laura Riposo <LVanDruff@KelleyDrye.com>
**Subject:** RE: follow up

**CAUTION: This message originated outside of Kelley Drye and was sent by: danielkoffmann@quinnemanuel.com**

Hi Laura – in advance of our call, I thought it would be helpful to put in writing what we'd be willing to accept from EY in terms of documents.  This is narrower than what I'd like and what we would be entitled to if we had to issue a subpoena, but in the spirit of compromise, we could live with the following:

1. All written communications between EY and FTC/FTC staff from May 26, 2022 to present
2. All documents, communications, or other materials that describe, summarize, memorialize, or otherwise record or attempt to record any oral communications between EY and FTC/FTC staff from May 26, 2022 to present
3. All other documents or communications relating to written or oral communications with FTC/FTC staff from May 26, 2022 to present

We can discuss privilege issues further by phone, but given that Rebecca Lubens is both a lawyer and a fact witness, we would need a privilege log and to establish some common ground on what is and is not privileged.

Look forward to discussing further later today.

Best
Dan

**From:** VanDruff, Laura Riposo <LVanDruff@KelleyDrye.com>
**Sent:** Wednesday, July 26, 2023 11:08 AM
**To:** Daniel Koffmann <danielkoffmann@quinnemanuel.com>
**Subject:** RE: follow up

**[EXTERNAL EMAIL from lvandruff@kelleydrye.com]**

Hi, Dan.  I am free at 6:30PM today.

Laura

# LAURA RIPOSO VaNDRUFF

**Kelley Drye & Warren LLP**
Tel: (202) 342-8435
Cell: (703) 851-5867

**From:** Daniel Koffmann <danielkoffmann@quinnemanuel.com>
**Sent:** Wednesday, July 26, 2023 1:56 PM
**To:** VanDruff, Laura Riposo <LVanDruff@KelleyDrye.com>
**Subject:** RE: follow up

**CAUTION: This message originated outside of Kelley Drye and was sent by: danielkoffmann@quinnemanuel.com**

Hi Laura – let me know if you have a few minutes to connect today.  Thanks very much.

**From:** VanDruff, Laura Riposo <LVanDruff@KelleyDrye.com>
**Sent:** Monday, July 24, 2023 11:54 AM
**To:** Daniel Koffmann <danielkoffmann@quinnemanuel.com>
**Subject:** follow up

**[EXTERNAL EMAIL from lvandruff@kelleydrye.com]**

Hi, Dan.

3

I wanted to close the loop with you on our Friday conversation.  Are you available later this afternoon or tomorrow?

Best,

Laura

**LAURA RIPOSO VANDRUFF**

Partner

**Kelley Drye & Warren LLP**
Washington Harbour
3050 K Street NW, Suite 400
Washington, DC 20007
Tel: (202) 342-8435
Cell: (703) 851-5867

lvandruff@kelleydrye.com

This message is subject to Kelley Drye & Warren LLP's email communication policy.
KDW-Disclaimer