# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| X CORP.<br><br>                    Movant,<br><br>v.<br><br>ERNST & YOUNG, LLP,<br><br>                    Respondent. | Case No. _____<br><br>Underlying Case, *United States v. Twitter*, pending in the United States District Court for the Northern District of California:<br><br>No. 22 Civ. 3070 |

## PROPOSED ORDER GRANTING X CORP.'S MOTION TO COMPEL COMPLIANCE WITH SUBPOENA *DUCES TECUM*

Upon review of Movant X Corp.'s Motion to Compel Compliance with Subpoena *Duces Tecum*, the supporting motion papers, the applicable law, and the entire record herein, it is

**HEREBY ORDERED** that X Corp.'s Motion to Compel is **GRANTED**.

**SO ORDERED.**

Date: __/__/_____

_____
United States District Court Judge

| | | |
|---|---|---|
| Laura Riposo VanDruff<br>Kelley Drye & Warren LLP<br>Washington Harbour, Suite 400<br>3050 K Street, NW<br>Washington, DC 20007<br>(202) 342-8400<br>LVanDruff@KelleyDrye.com<br><br>*Attorney for EY* | Emmet P. Ong<br>United States Attorney's Office<br>1301 Clay Street, Suite 340-S<br>Oakland, CA 94612-5217<br>(510) 637-3929<br>emmet.ong@usdoj.gov | Quinn Emanuel Urquhart & Sullivan, LLP<br>Christopher G. Michel (DC Bar ID: 1034557)<br>Casey J. Adams (DC Bar ID: 90012729; pro hac vice application forthcoming)<br>Rachel G. Frank (DC Bar ID: 1659649; application to this court pending)<br>1300 I Street NW, Suite 900 |

Deborah Sohn
U.S. Department of Justice
Civil Division
Consumer Protection
Branch
450 5th Street NW, Suite
6400-S
Washington, DC 20530
(202) 305-9983
deborah.s.sohn@usdoj.gov

Scott P. Kennedy
DOJ-Civ
Consumer Protection
Branch
450 5th St. NW, Suite
6400-S
Washington, DC 20530
(202) 305-1837
scott.p.kennedy@usdoj.gov

Zachary Cowan
U.S. Department of Justice
Civil Division
Consumer Protection
Branch
450 5th Street NW, Suite
6400-S
Washington, DC 20530
(202) 598-7566
zachary.l.cowan@usdoj.gov

Reenah L. Kim
Division of Enforcement
Federal Trade Commission
600 Pennsylvania Avenue,
N.W.,
Mail Stop CC-9528
Washington, D.C. 20580
(202) 326-2272
rkim1@ftc.gov

*Attorneys for the United
States*

Washington, D.C. 20005
(202) 538 8000
christophermichel@quinnemanuel.com
caseyadams@quinnemanuel.com
rachelfrank@quinnemanuel.com

Alex Spiro (pro hac vice application
forthcoming)
Daniel R. Koffmann (pro hac vice
application forthcoming)
51 Madison Ave, 22nd Floor
New York, NY 10010
(212) 849-7000
alexspiro@quinnemanuel.com
danielkoffmann@quinnemanuel.com

*Attorneys for X Corp.*