IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| X CORP.,<br><br>    *Movant*,<br><br> v.<br><br><br>ERNST & YOUNG, LLP,<br><br>    *Respondent*. | Case No. 1:23-mc-00082-ABJ |

## MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

  Pursuant to Local Civil Rule 83.2(c), the undersigned respectfully moves for the admission *pro hac vice* of attorney Laura Riposo VanDruff in the above-captioned matter. An accompanying declaration of Laura Riposo VanDruff is being filed in support of this Motion.

  As set forth in her accompanying declaration, Laura Riposo VanDruff is not currently admitted to practice in the United States District Court for the District of Columbia, and is admitted to practice and an active member in good standing of the Bar of the District of Columbia.

DATED: August 31, 2023

                  Respectfully submitted,
                  /s/ *David H. Evans*
                  David H. Evans (D.D.C. Bar #455757)
                  Kelley Drye and Warren LLP
                  3050 K Street, NW, Suite 400
                  Washington Harbour
                  Washington, D.C., 20007
                  DEvans@KelleyDrye.com
                  Tel: (202) 342-8479
                  Fax: (202) 342-8451
                  *Counsel for Third-Party Ernst & Young LLP*