IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| X CORP., <br>                *Movant*, <br> v. <br><br> ERNST & YOUNG, LLP, <br>                *Respondent*. | Case No. 1:23-mc-00082-ABJ |

## MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Local Civil Rule 83.2(c), the undersigned respectfully moves for the admission *pro hac vice* of attorney Rebecca B. Durrant in the above-captioned matter. An accompanying declaration of Rebecca B. Durrant is being filed in support of this Motion.

As set forth in her accompanying declaration, Rebecca B. Durrant is not admitted to practice in the District of Columbia and is admitted to practice and an active member in good standing of the Bar of the State of New York.

| | |
|---|---|
| DATED: August 31, 2023 | Respectfully submitted, <br> */s/ David H. Evans* <br> David H. Evans (D.D.C. Bar #455757) <br> Kelley Drye and Warren LLP <br> 3050 K Street, NW, Suite 400 <br> Washington Harbour <br> Washington, D.C., 20007 <br> DEvans@KelleyDrye.com <br> Tel: (202) 342-8479 <br> Fax: (202) 342-8451 <br> *Counsel for Third-Party Ernst &Young LLP* |