UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| X CORP.<br><br>　　　　　　Movant,<br><br>v.<br><br>ERNST & YOUNG, LLP,<br><br>　　　　　　Respondent. | Case No. 1:23-mc-00082-ABJ<br><br>Underlying Case, *United States v. Twitter*, pending in the United States District Court for the Northern District of California:<br><br>No. 22 Civ. 3070 |

## MOTION FOR ADMISSION OF ATTORNEY DANIEL R. KOFFMANN *PRO HAC VICE*

　　　　Pursuant to Civil Local Rule 83.2(c), Movant moves for the admission and appearance of Attorney Daniel R. Koffmann *pro hac vice* in this action.  This motion is supported by the Declaration of Daniel R. Koffmann, filed herewith.  As set forth in Mr. Koffmann's declaration, he is admitted and an active member in good standing of the New York and California State Bars. This motion is supported and signed by Christopher G. Michel, an active member in good standing in the Bar of this Court, who shall serve as sponsoring counsel.

　　　　Dated this 31st day of August, 2023.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　　　　　/s/   Christopher G. Michel
　　　　　　　　　　　　　　　　　　　　　　Christopher G. Michel (D.C. Bar No. 1034557)
　　　　　　　　　　　　　　　　　　　　　　Quinn Emanuel Urquhart & Sullivan, LLP
　　　　　　　　　　　　　　　　　　　　　　1300 I Street NW, Suite 900
　　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20005
　　　　　　　　　　　　　　　　　　　　　　Telephone: (202) 538-8000
　　　　　　　　　　　　　　　　　　　　　　christophermichel@quinnemanuel.com

　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Movant X. Corp.*