UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| X CORP.<br><br>    Movant,<br><br>v.<br><br>ERNST & YOUNG, LLP,<br><br>    Respondent. | Case No. 1:23-mc-00082-ABJ<br><br>Underlying Case, *United States v. Twitter*, pending in the United States District Court for the Northern District of California:<br><br>No. 22 Civ. 3070 |

DECLARATION OF CASEY J. ADAMS
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Casey J. Adams, hereby declare pursuant to 28 U.S.C. § 1746 that:

1. I am an associate at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, 1300 I Street NW, Suite 900, Washington, D.C. 20005, attorneys for Movant X Corp. in this action. My office telephone number is (202) 538 8000 and my email is caseyadams@quinnemanuel.com.

2. I submit this declaration in support of X Corp.'s motion for my admission *pro hac vice* in this matter.

3. I am admitted to the practice of law by the bars of the state of New York and the District of Columbia, and am admitted to the following courts:

> The U.S. Court of Appeals for the Tenth Circuit
> The U.S. District Court for the Southern District of New York
> The U.S. District Court for the Eastern District of New York
> The District of Columbia Court of Appeals
> The Appellate Division of the Supreme Court of the State of New York, Second Judicial Department

4. I certify that I have not been disciplined by any bar in which I am admitted.

5. I am currently in good standing with all states, courts, and bars in which I am admitted.

6. I have not been admitted *pro hac vice* in this Court within the last two years.

7. I engage in the practice of law from an office located in the District of Columbia and I am a member in good standing of the District of Columbia Bar (DC Bar ID: 90012729).

8. I respectfully request that the Court allow me to be admitted *pro hac vice* in this matter on behalf of X Corp.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Silver Spring, MD this 31st Day of August, 2023.

DATED: August 31, 2023          Respectfully submitted,

*[signature: Casey Adams]*
Casey J. Adams