# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| X CORP.<br><br>　　　　　　　Movant,<br><br>　v.<br><br>ERNST & YOUNG, LLP<br><br>　　　　　　　Respondent. | No.  1:23-mc-00082-ABJ<br><br>Underlying Case, *United States v. Twitter*, pending in the United States District Court for the Northern District of California, No. 22-civ-3070 |

## [PROPOSED] ORDER DENYING X CORP.'S MOTION TO COMPEL COMPLIANCE WITH SUBPOENA DUCES TECUM

Upon review of Movant X Corp.'s Motion to Compel Compliance with Subpoena Duces Tecum, the supporting motion papers, the applicable law, and the entire record herein, it is

**HEREBY ORDERED** that X Corp.'s Motion to Compel is **DENIED**.

**SO ORDERED.**

Date: ___/___/___　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　　Hon. Amy Berman Jackson