UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| X CORP.<br><br>          Movant,<br><br>v.<br><br>ERNST & YOUNG, LLP<br><br>          Respondent. | No.  1:23-mc-00082-ABJ<br><br>Underlying Case, *United States v. Twitter*, pending in the United States District Court for the Northern District of California, No. 3:22-cv-03070 |

## NOTICE OF CONSENT TO TRANSFER

Pursuant to this Court's Minute Order dated September 11, 2023 and Rule 45(f) of the Federal Rules of Civil Procedure, nonparty Respondent Ernst & Young LLP ("EY") hereby provides notice that it consents to the Court's transfer of the subpoena-related motion to the Northern District of California, where Movant's request for leave of court to seek discovery from the Federal Trade Commission, not EY, is pending.

DATED: September 12, 2023               Respectfully submitted,

                                        By:  /s/ *Laura Riposo VanDruff*
                                             Laura Riposo VanDruff (DC Bar No. 481785; admitted *pro hac vice*)

                                             *Counsel for Nonparty Ernst & Young LLP*